AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 23, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| KATHLEEN C.<br>*Plaintiff*<br>v.<br>Kilolo Kijakazi, Acting Commissioner of Social Security<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:21-CV-05035-ACE<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 15) is GRANTED. Matter is REMANDED to Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Defendant's Motion for Summary Judgment (ECF No. 19) is DENIED. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ALEXANDER C. EKSTROM on motions for Summary Judgment (ECF Nos. 15 and 19).

Date: January 23, 2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco
*(By) Deputy Clerk*
Melissa Orosco